BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7196
     FAX: (415) 436-7234
     Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-0378 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSE~~D] ORDER EXCLUDING TIME FROM AUGUST 22, 2017 TO OCTOBER 3, 2017 |
| v. | |
| ROBERT GUEVARA AND LILLIAN HOVAN, | |
| Defendants. | |

**STIPULATION**

IT IS HERBY STIPULATED by the parties, through undersigned counsel, that:

1.     The defendants, ROBERT GUEVARA, represented by Severa Keith, Esquire, and

LILLIAN HOVAN, represented by Ethan A. Balogh, Esquire, and the government, represented by

Denise Oki, Special Assistant United States Attorney, appeared before the Court on August 22, 2017,

for a status conference. The Court, after hearing the status in this case, scheduled a further status

hearing for October 3, 2017, the date proposed by counsel.

2.     The parties requested that time be excluded under the Speedy Trial Act between August

22, 2017, and October 3, 2017, because the continuance is necessary for effective preparation of

counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow counsel for the defendants to obtain and review the discovery in this case.

IT IS SO STIPULATED.

DATED: August 23, 2017          BRIAN J. STRETCH
                                United States Attorney


                                _____/s/_____
                                DENISE M. OKI
                                Special Assistant United States
                                Attorney

DATED: August 23, 2017


                                _____/s/_____
                                SEVERA KEITH
                                Counsel for ROBERT GUEVARA


DATED: August 23, 2017


                                _____/s/_____
                                ETHAN A. BALOGH
                                Counsel for LILLIAN HOVAN


## [~~PROPOSED~~] ORDER


Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 22, 2017, and October 3, 2017, would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 22, 2017, and October 3, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 22, 2017, and October 3, 2017, shall be excluded

from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED: 8/24/17

_____
RICHARD SEEBORG
United States District Judge