SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
ROBERT GUEVARA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GUEVARA,<br><br>Defendant. | Case No. CR 17-00378-RS<br><br>**AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO RESET DEFENDANT GUEVARA'S SENTENCING HEARING** |

    Defendant Robert Guevara, through counsel, and counsel for the government hereby stipulate and request that this Court reset Mr. Guevara's sentencing hearing date from March 20, 2018 to April 3, 2018. The reason for this request is that counsel for Defendant Guevara is currently in trial, and due to this and other scheduling difficulties, counsel and the assigned United States Probation Officer have been unable to conduct the presentence interview with Mr. Guevara. The reason for this amended submission is to correct typographical errors in dates indicated in the prior submission. (*See* Dkt. 29, filed December 18, 2017). The parties request that the Court reset the sentencing hearing to accommodate scheduling of the presentence interview, as set forth in the declaration of counsel, below.

1

IT IS SO STIPULATED.

Dated: January 8, 2018                              Respectfully submitted,


                                                    /s/
                                                    DENISE OKI
                                                    Special Assistant United States Attorney


Dated: January 8, 2018


                                                    /s/
                                                    SEVERA KEITH
                                                    Attorney for Defendant
                                                    ROBERT GUEVARA


## **DECLARATION OF COUNSEL**

I, Severa Keith, declare as follows:

1. I am an attorney duly licensed to practice before this court. I have been appointed to represent defendant Robert Guevara in this case.

2. I have been in trial since early November, 2017. Each week, I am in trial Monday through Thursday. As such, I am scheduling most other work commitments on Fridays.

3. The probation officer in this matter is generally available Friday afternoons.

4. A presentence interview had been scheduled on December 1, 2017, and the parties agreed to reschedule to December 8, 2017. The Probation Officer had to cancel the December 8, 2017 presentence interview meeting, due to a work-related scheduling conflict, a mandatory training. The meeting was rescheduled to December 15, 2017, and I cancelled that meeting, due to work that arose in the trial matter.

5. I am requesting that the sentencing hearing be reset to April 3, 2018, so that a presentence interview can be scheduled in February, 2018. I already have hearings and

appointments scheduled on most Fridays in January.  This will give the Probation Officer ample time to prepare and distribute the Presentence Report in accord with the timeline required by this Local Rules.  It also accommodates the schedule of both undersigned counsel (trial schedule) and counsel for the government (training).

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed this 8th day of January, 2018, in San Francisco, California.

                                                     /s/  Severa Keith
                                              Attorney for Defendant
                                              ROBERT GUEVARA

# **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED

    Defendant Robert Guevara's sentencing hearing is reset from March 20, 2018 to April 3, 2018, at 2:30 p.m.

Dated: 1/8/18

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE