# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| **Person Under Supervision**<br>Robert Guevara | **Docket Number**<br>0971 3:17CR00378-001 RS |
| **Name of Sentencing Judge:** | The Honorable Richard Seeborg<br>United States District Judge |
| **Date of Original Sentence:** | April 3, 2018 |

**Original Offense**
Count One: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B)(viii), a Class B Felony;
Count Two: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(B)(viii), a Class B Felony.

**Original Sentence:** 60 months imprisonment and 5 years supervised release.

**Special Conditions:** vocational training; pay $200 special assessment; drug registration; no weapons; expanded search; drug testing; drug treatment; no alcohol; no contact with Lillian Hovan; DNA collection.

**Prior Form(s) 12:** None.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Will Commence**<br>January 25, 2021 |
| **Assistant U.S. Attorney**<br>Denise Oki | **Defense Counsel**<br>Severa Keith (Appointed) |

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

You must reside for a period of up to 120 days in the Residential Reentry Center (RRC) and shall observe the rules of that facility. You shall remain at that facility until discharged by the supervising officer.

**RE:**   Guevara, Robert
      0971 3:17CR00378-001 RS

## Cause

Mr. Guevara's term of supervised release is set to commence on January 25, 2021. He is currently a prerelease resident at the Residential Reentry Center in San Francisco. Mr. Guevara reported is unable to transition to his own residence at this time. He has requested to extend his stay at the Residential Reentry Center until he can establish a viable release plan.  Mr. Guevara's signed Waiver of Hearing form requesting the modification of his conditions of supervision is attached for the Court's review and consideration.

Respectfully submitted,                              Reviewed by:

_____                    _____
Jose Figueroa                                        Aaron Tam
U.S. Probation Officer                               Supervisory U.S. Probation Officer
Date Signed: January 13, 2021

THE COURT ORDERS:

☒   To modify the conditions of supervision as follows:

   You must reside for a period of up to 120 days in the Residential Reentry Center (RRC) and shall observe the rules of that facility.  You shall remain at that facility until discharged by the supervising probation officer.

☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:

January 13, 2021                                     _____
Date                                                 Richard Seeborg
                                                     United States District Judge

NDC-SUPV-FORM 12B(1)  4/6/2015

# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Robert Guevara
Docket No.: 0971 3:17-00378-001 RS

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

. You must reside for a period of up to 120 days in the Residential Reentry Center (RRC) and shall observe the rules of that facility. You shall remain at that facility until discharged by the supervising probation officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Francisco.

Signed: _____
Probationer or Supervised Releasee

Date: 01-12-21

Witness: _____

Date: 1/12/21

NDC-SUPV-FORM-049 09/01/2013