STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:17-CR-00378-RS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| ROBERT GUEVARA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Robert Guevara, that the status conference on the pending Form 12 in the above captioned case set for December 20, 2022 at 9:30 a.m. be vacated and rescheduled for January 3, 2023 at 9:30 a.m. Government counsel will be traveling outside of the Bay Area on December 20 and will be unable to attend in person. Government counsel, therefore, requests a brief continuance until January 3, 2023. Government counsel has conferred with counsel for the defendant and the probation officer, who agree with the request.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

1   IT IS SO STIPULATED.

2   DATED:    December 16, 2022            /s/
                                    NOAH STERN
3                                   Assistant United States Attorney

4
    DATED:    December 16, 2022            /s/
5                                   JOHN JORDAN
                                    Counsel for Defendant ROBERT GUEVARA
6

7                                **ORDER**

8        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

9   Court vacates the status conference in the above captioned case scheduled for December 20, 2022 at

10  9:30 a.m. and reschedules it for January 3, 2023 at 9:30 a.m.

11       IT IS SO ORDERED.

13  DATED:  December 19, 2022
                                    HON. RICHARD SEEBORG
14                                  Chief United States District Judge